IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA<br><br>v.<br><br>1) REGINALD MARAEUS MOSES<br>2) ALAJA McKINNEY | DOCKET NO. 3:24-cr-110-KDB<br><br>**BILL OF INDICTMENT**<br>Violations:<br>18 U.S.C. § 922(u)<br>18 U.S.C. § 922(j)<br>18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
*Theft of a Firearm from a Licensed Dealer*

On or about February 20, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**1) REGINALD MARAEUS MOSES,**

did unlawfully take and carry away, from the premises of a licensed firearms dealer, that is, Carolina Sporting Arms Company, Inc., located at 8055 South Boulevard, Charlotte, North Carolina, the following firearms:

1. Canik, Model TP9 SF, 9mm, pistol
2. Canik, Model METE SF, 9mm, pistol
3. Canik, Model TP9 Elite, 9mm, pistol
4. Canik, Model TP9 DA, 9mm, pistol
5. Canik, Model TP9 SA, 9mm, pistol
6. Canik, Model SFX Rival, 9mm, pistol
7. FN (Fabrique National Herstal), Model 509 M, 9mm, pistol,
8. FN (Fabrique National Herstal), Model 509 C, 9mm, pistol,
9. FN (Fabrique National Herstal), Model 509 C, 9mm, pistol,
10. FN (Fabrique National Herstal), Model 509, 9mm, pistol
11. FN (Fabrique National Herstal), Model 509, 9mm, pistol
12. FN (Fabrique National Herstal), Model 509, 9mm, pistol
13. FN (Fabrique National Herstal), Model 509, 9mm, pistol
14. Smith & Wesson, Model M&P9 M2.0, 9mm pistol
15. Smith & Wesson, Model M&P9 M2.0, 9mm pistol
16. Smith & Wesson, Model M&P9 M2.0, 9mm pistol
17. Smith & Wesson, Model M&P Shield, 9mm pistol
18. Smith & Wesson, Model Equalizer, 9mm pistol
19. Smith & Wesson, Response M&P, 9mm, rifle,
20. Smith & Wesson, Model M&P12, 12 gauge shotgun.

which were in the business inventory of Carolina Sporting Arms Company, Inc., and had been shipped and transported in interstate and foreign commerce, and did aid and abet this offense; all in violation of Title 18, United States Code, Sections 922(u), 924(i)(1), and 2.

## COUNT TWO
*Possession and Receipt of a Stolen Firearm*

On or about February 20, 2024, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendants,

**1) REGINALD MARAEUS MOSES, and
2) ALAJA McKINNEY,**

knowingly possessed and received one or more of the following stolen firearms:

1. Canik, Model TP9 SF, 9mm, pistol
2. Canik, Model METE SF, 9mm, pistol
3. Canik, Model TP9 Elite, 9mm, pistol
4. Canik, Model TP9 DA, 9mm, pistol
5. Canik, Model TP9 SA, 9mm, pistol
6. Canik, Model SFX Rival, 9mm, pistol
7. FN (Fabrique National Herstal), Model 509 M, 9mm, pistol,
8. FN (Fabrique National Herstal), Model 509 C, 9mm, pistol,
9. FN (Fabrique National Herstal), Model 509 C, 9mm, pistol,
10. FN (Fabrique National Herstal), Model 509, 9mm, pistol
11. FN (Fabrique National Herstal), Model 509, 9mm, pistol
12. FN (Fabrique National Herstal), Model 509, 9mm, pistol
13. FN (Fabrique National Herstal), Model 509, 9mm, pistol
14. Smith & Wesson, Model M&P9 M2.0, 9mm pistol
15. Smith & Wesson, Model M&P9 M2.0, 9mm pistol
16. Smith & Wesson, Model M&P9 M2.0, 9mm pistol
17. Smith & Wesson, Model M&P Shield, 9mm pistol
18. Smith & Wesson, Model Equalizer, 9mm pistol
19. Smith & Wesson, Response M&P, 9mm, rifle,
20. Smith & Wesson, Model M&P12, 12 gauge shotgun.

knowing and having reasonable cause to believe the firearms were stolen, and did aid and abet this offense; all in violation of Title 18, United States Code, Sections 922(j), 924(a)(2), and 2.

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment. The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

1. FN (Fabrique National Herstal), Model 509, 9mm, pistol, GKS0300324
2. FN (Fabrique National Herstal), Model 509, 9mm, pistol, GKS0207032
3. Canik, Model TP9 Elite SC, 9mm, pistol, S/N: 23 CB 20197
4. FN (Fabrique National Herstal), Model 509, 9mm, pistol, S/N: GKS0357895
5. Smith & Wesson, Response M&P, 9mm, rifle, S/N: RSP6586
6. Canik, Model TP9DA, 9mm, pistol, S/N: 23BJ 05140
7. Canik, Model TP9SA, 9mm, pistol, S/N: 24AP 00211
8. FN (Fabrique Nationale Herstal), Model 509, 9mm, pistol, S/N: GKS0073043
9. Rock Island Armory, Model M1911-A1 CS, pistol, S/N: CIT046670

A TRUE BILL

[signature redacted]

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

[signature]

TIM SIELAFF
ASSISTANT UNITED STATES ATTORNEY