# NEW CRIMINAL CASE COVER SHEET

(To be used for **all** new Bills of Indictments and Bills of Information)

## U. S. DISTRICT COURT

**CASE SEALED:** ◯ YES  ● NO

**DOCKET NUMBER:** 3:24-cr-110-KDB

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | |
|---|---|
| **CASE NAME** : | US vs REGINALD MARAEUS MOSES, et al. |
| **COUNTY OF OFFENSE** : | MECKLENBURG |
| **RELATED CASE INFORMATION** : | |
| *Magistrate Judge Case Number* : | |
| *Search Warrant Case Number* : | |
| *Miscellaneous Case Number* : | |
| *Rule 20b* : | |
| **SERVICE OF PROCESS** : | ARREST WARRANTS |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ◯ Petty  ◯ Misdemeanor  ● Felony

18 U.S.C. §§ 922(j) and (u); 18 U.S.C. § 2

**JUVENILE:**  ◯ Yes  ● No

| | |
|---|---|
| **ASSISTANT U. S. ATTORNEY** : | TIM SIELAFF |
| **VICTIM/WITNESS COORDINATORS:** | |
| **INTERPRETER NEEDED** : | |
| **LIST LANGUAGE AND/OR DIALECT:** | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | |

(Maintain form in the Attorney Work Product folder / purge before archiving.)