# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. REGINALD MOSES

Case Number: 3:24-cr-110-KDB

| COUNT(S) | STATUE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 18USC 922(u) | 0 | 0-10; $250K; SR. I |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?  ☐ YES  ☐ NO
*For 922(g) cases only*

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?  ☐ YES  ☐ NO
*For drug cases only*

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?  ☐ YES  ☐ NO
*18 U.S.C. 924(C) ONLY*

IF YES  ☐ BRANDISH

☐ DISCHARGE