# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. ALAJA McKINNEY

Case Number: 3:24-cr-110 - KDB

| COUNT(S) | STATUE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 2 | 18USC 922(j) | 0 | 0-10; $250K; SR. |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?   ☐ YES   ☐ NO
*For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?   ☐ YES   ☐ NO
*For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?   ☐ YES   ☐ NO
*18 U.S.C. 924(C) ONLY

IF YES   ☐ BRANDISH

☐ DISCHARGE